**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00389-LTB-MEH

JOHN TOMPSETT,

    Plaintiff,

v.

GLOBAL COLLISION-COLORADO SPRINGS, INC.,

    Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice (Doc 15 - filed October 25, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:  October 28, 2013